CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ( x )
Complaint ( )
Information ( )
Felony ( x [count 1] )
Misdemeanor ( x [count 2] )
Juvenile ( )

County of Offense: <u>Davidson and Others</u>
AUSA's NAME: <u>Amanda J. Klopf</u>

Reviewed by AUSA: _AJK_____
(Initials)

Dennis Green _____
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  ____ Yes  _x_ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?   Yes ( )   No ( x )   If yes, State or Federal? Writ requested ( )

Has a complaint been filed?   Yes ( )   No ( x )
  If Yes:  Name of the Magistrate Judge _____   Case No.: _____
     Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( x )   No ( )

Was bond set by Magistrate/District Judge?  Yes ( )   No ( x )   Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x )   To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x )   To/from what district? _____

Estimated trial time:   _5 days_

The Clerk will issue (a **Warrant**)    (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No ( x )   Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____